10/5/2017 4:47 PM
Chris Daniel - District Clerk Harris County
Envelope No. 19896003
By: GABRIELA COX
Filed: 10/5/2017 4:47 PM

CAUSE NO. 201762464
**2017-62464 / Court: 011**
RECEIPT NO.          0.00        MTA
\*\*\*\*\*\*\*\*\*\*
TR # 73416917

PLAINTIFF: LARUE, RUDOLPH C
vs.
DEFENDANT: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

In The   11th
Judicial District Court
of Harris County, Texas
11TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (AN INSURANCE CARRIER) MAY BE SERVED BY SERVING THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
211  E 7TH ST STE 620   AUSTIN  TX  78701 - 3218

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 21st day of September, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 25th day of September, 2017, under my hand and seal of said Court.

Issued at request of:
LARUE, DAVID JOHN
3220 BROADWAY STREET
HOUSTON, TX  77017
Tel: (281) 922-4878
Bar No.: 24029682

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: HILL, MARCELLA DIANA   DBG//10778099

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the _____ day of _____, _____.
Executed at (address) _____ in
_____ County at _____ o'clock ___.M., on the _____ day of _____,
_____, by delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

_____ of _____ County, Texas
_____
Affiant
By _____
Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

N.INT.CITR.P          \*73416917\*

EXHIBIT B

## AFFIDAVIT OF SERVICE

State Of Texas

In The 11 th Judical Court Of
Harris County, Texas
Houston Tx

Cause Number 201762464
Plaintiff:
Rudolf C. LaRue
VS.

Defendant:
State Farm Mutual Insurance Co.

For:
David John LaRue
3220 Broadway Street
Houston, Texas 77017
Bar no.24029682

Received By Richardson Investigations on the 29 th day of Sept 2017 at 05:00 pm to Be served to: State Farm Ins. Co. By serving Registered Agent Corporation Service Company 211 E 7th St. Ste 620 Austin, Texas 78701

I, Ed Richardson being duly sworn, depose and say that on the 03 rd.day of Oct 2017 at 09:18 am, I delivered to the within named Person a true copy of the Plaintiffs Original Petitition Request For Disclosure on the date endorsed by me to Corporation Service Company 211 E 7th St. Ste 620 Austin, Texas $^{78}$701 By Reg Mail

I am over the age of eighteen, an authorized process server, not a party. and have no interest in the above action.

Subscribed and Sworn to before
me on the 05 th.of Oct 2017
by the affiant who is personally
known to me

Marjorie D. Richardson
NOTARY PUBLIC

MARJORIE D. RICHARDSON
Notary Public, State of Texas
My Commission Expires
May 29, 2018

Ed Richardson
PSC# 1030
Expires 07/31/2020
Richardson Investigations
22210 Woodrose Dr.
Katy, Texas 77450
(281) 693-5384



9/21/2017 10:41 AM
Chris Daniel - District Clerk Harris County
Envelope No. 19575629
By: Justina Lemon
Filed: 9/21/2017 10:41 AM

**2017-62464 / Court: 011**

CAUSE NO. _____

| | | |
|---|---|---|
| **RUDOLPH LARUE** | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | \_\_\_\_\_ JUDICIAL DISTRICT |
| | § | |
| **STATE FARM MUTUAL** | § | |
| **AUTOMOBILE INSURANCE** | § | |
| **COMPANY** | § | |
| Defendant. | § | **HARRIS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES RUDOLPH LARUE, hereinafter called Plaintiff, complaining of and about STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, hereinafter called Defendant, and for cause of action shows unto the Court the following:

### I. DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.3 and affirmatively pleads that she seeks damages that are within the jurisdictional limits of the Court: Plaintiff seeks monetary relief of over $200,000 but not more than $1,000,000.

### II. PARTIES AND SERVICE

Plaintiff is an individual who is a resident of Texas. The last three digits of the Plaintiff's driver's license number are 502. The last three digits of the social security number for the Plaintiff are 813.

Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE**, an insurance carrier, may be served with process by serving its registered agent for service of process, **CORPORATION SERVICE COMPANY** 211 E. 7th St., Ste 620, Austin, Texas 78701-3218. Service of said Defendant as described above can be effected by personal service or certified mail, return receipt requested.

## III.  JURISDICTION AND VENUE

The Court has jurisdiction over the subject matter, and the amount in controversy is within the jurisdictional limits of this court. This court has jurisdiction over the parties, and all or a substantial part of the events occurred in this county. Venue in Harris County is proper in this cause.

## IV.  FACTS

On or about October 03, 2015, Plaintiff was operating a 1999 Volvo S-70. Pltaintiff was traveling North in the 3400 Block of North FWY, Harris County Texas. Suddenly and without warning, un-insured motorist, MARCO TELLO, while following too close, failed to keep a proper lookout and struck the vehicle operated by Plaintiff from behind. MARCO TELLO failed to control speed and failed to apply brakes causing him to crash into the rear of the vehicle operated by Plaintiff. The impact was with such force to push the vehicle Plaintiff was driving into another vehicle. The crash resulting from the negligent actions of MARCO TELLO proximately caused the injuries and damages complained of in this petition.

At the time of the incident, Plaintiff was covered by an un-insured motorist policy with Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE. The collision in question was caused by the negligence of the un-insured motorist and his negligence was the proximate cause of the severe injuries and damages suffered by the Plaintiff.

## V.  NEGLIGENCE OF UN-INSURED MOTORIST

Un-insured motorist, MARCO TELLO had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

Plaintiff's injuries were proximately caused by TELLO'S negligent, careless and reckless disregard of said duty. The negligent, careless and reckless disregard of duty of TELLO, consisted of, but is not limited to, the following acts and omissions:

A. Defendant, MARCO TELLO, failed to keep a proper lookout for other vehicles;

B. Defendant, MARCO TELLO, was driving at an unsafe speed unlike a person of ordinary prudence would have under the same or similar circumstance;

C. Defendant, MARCO TELLO, failed to maintain safe distance from Plaintiff;

D. Defendant, MARCO TELLO, failed to apply brakes;

E. Defendant, MARCO TELLO, failed to avoid the incident in question.

## VI. DECLARATORY JUDGMENT TO DETERMINE RIGHTS UNDER THE UM/UIM CONTRACT

Plaintiff brings this Declaratory Judgment action under Civil Practice & Remedies Code Ch. 37 Uniform Declaratory Judgments Act to determine Plaintiff's rights under her UM/UIM insurance contract with STATE FARM MUTUAL AUTOMOBILE INSURANCE (STATE FARM INSURANCE).

On the date of the subject auto accident, October 03, 2015, Plaintiff was covered by an insurance policy issued by Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE. This policy included uninsured/underinsured motorists' coverage. Plaintiff is a valid "covered person" under this policy. On or about October 03, 2015, Plaintiff was involved in a motor vehicle accident in which the other driver was an un-insured motorist. The vehicle that Plaintiff was operating was insured by STATE FARM MUTUAL AUTOMOBILE INSURANCE for $30,000.00. As a result of the accident caused by the negligence of a third party tortfeasor, Plaintiff incurred damages far in excess of the primary insurance limits. Plaintiff is entitled to the benefits purchased by way of the Underinsured Motorists policy.

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE, was timely informed of the accident and that Plaintiff intended to claim under uninsured/underinsured benefits. All conditions precedent have been performed or have occurred as required by Texas Rule of Civil Procedure 54.

Plaintiff seeks a declaratory judgment from the Court that:

1) Defendant, TELLO, was negligent and that said negligence was the proximate cause of Plaintiff's damages;

2) Plaintiff's damages exceed available insurance coverage under the primary policy; and

3) The amount of underinsured motorist benefits that Plaintiff is entitled to recover under the subject UIM/UM insurance contract with Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE, after all applicable offsets and credits.

## VI.   PLAINTIFF'S DAMAGES/LOSSES

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer severe bodily injuries, and to incur some or all of the following damages:

A. Reasonable and necessary medical care and expenses in the past. These expenses were incurred by Plaintiff, RUDOLPH LARUE, for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and customary charges for such services in the County in which they were received;

B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C. Physical pain and suffering in the past and future;

D. Physical Impairment in the past and future;

E. Mental anguish in the past and future; and,

F. Loss of earning capacity past and future

Plaintiff seeks damages that are within the jurisdictional limits of the Court: Plaintiff seeks monetary relief of over $200,000 but not more than $1,000,000; and for all other relief to which the Plaintiff may be entitled.

## VII.   REQUEST FOR DISCLOSURE

Pursuant to Rule 194, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE, is Requested to Disclose, within 50 (fifty) days of service of this request, the

information and material described in Rule 194.2 (a)-(c), (e)-(i) & (l) of the Texas Rules of Civil Procedure.

## VIII. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully asks that the Defendant be cited to appear and answer and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for some or all of the following damages:

a) Physical pain and suffering in the past and future;

b) Mental anguish in the past and future;

c) Physical impairment in the past and future;

d) Reasonable and necessary medical expenses in the past and future;

e) Costs of suit;

f) Prejudgment and post-judgment interest;

g) All other and further relief, in law and in equity, to which Plaintiff may be entitled.

Respectfully submitted,

**LONCAR & ASSOCIATES**
3220 Broadway Street
Houston, Texas 77701
(281) 922-4878 Telephone
(713) 649-3725 Facsimile

By:   /s/David J. LaRue
      David J. LaRue
      State Bar No. 24029682
      dlarue@brianloncar.com
      **ATTORNEY FOR PLAINTIFF**



22210 Woodrose Dri
Katy, Texas 77450

7017 1070 0000 0173 4725

CERTIFIED MAIL

Corporation Service Company
211 E 7th Street Ste 620
Austin, Texas 78701

U.S. POSTAGE PAID
BARKER, TX
77413
SEP 30, 17
AMOUNT
$6.80
R2304E107293-04

10/30/2017 3:34 PM
Chris Daniel - District Clerk Harris County
Envelope No. 20392853
By: GABRIELA COX
Filed: 10/30/2017 3:34 PM

CAUSE NO. 2017-62464

| | | |
|---|---|---|
| RUDOLPH LARUE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE | § | |
| COMPANY | § | 11TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, (hereinafter "State Farm"), Defendant in the above-entitled and numbered cause, and files this its Original Answer to Plaintiff's Original Petition and all subsequent supplemental and/or amended petitions filed against it and would respectfully show the Court and Jury as follows:

I.

Pursuant to the provisions of Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every, all and singular, the allegations contained in the Plaintiff's Original Petition, and demands strict proof thereof.

II.

Defendant would show that Plaintiff has failed to fulfill the conditions precedent for bringing an uninsured motorist claim against Defendant. Specifically, Plaintiff has failed to establish that he is legally entitled to recover damages from the owner or operator of an uninsured motor vehicle because of bodily injury sustained by him, caused by an accident. *Part C of the State Farm Texas Personal Auto Policy.*

### III.

Pleading further, Defendant would show that it is entitled to all credits and offsets allowed under the policy against any damages awarded by the jury. Such credits and offsets include, but are **not limited to**, all Personal Injury Protection (PIP) payments previously made by State Farm to Plaintiff, if any.

### IV.

Defendant asserts that Plaintiff is not entitled to attorney fees in this case as there has not yet been a showing of liability or damages entitling Plaintiff to recovery of uninsured motorist benefits.

### V.

Defendant asserts that Plaintiff is not entitled to pre-judgment interest or any other damages beyond the policy limits of uninsured motorist coverage under the subject insurance contract.

### VI.

Plaintiff's right to recover medical expenses is limited by the provision of Tex. Civ. Prac. & Rem. Code 41.0105. Plaintiff is only entitled to recover the amount paid or incurred by or on behalf of the Plaintiff.

### VII.

Defendant reserves the right to amend this Original Answer pursuant to the said Rules of Civil Procedure.

**WHEREFORE, PREMISES CONSIDERED**, Defendant pray that Defendant be released and discharged of the charges filed against it, that Plaintiff takes nothing by reason of this suit, and for such other and further relief to which Defendant may be justly

entitled and for which Defendant will forever pray.

                              Respectfully submitted,

                              **GERMER PLLC**

By: _____
                              **BARBARA L. HACHENBURG**
                              State Bar No. 08667070
                              America Tower
                              2929 Allen Parkway, Suite 2900
                              Houston, TX 77019
                              (713) 650-1313 – Telephone
                              (713) 739-7420 – Facsimile
                              bhachenburg@germer.com

                              **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure, on this 30th day of October, 2017.

_____
**BARBARA L. HACHENBURG**

| | | |
|---|---|---|
| HCDistrictclerk.com | LARUE, RUDOLPH C vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>Cause: 201762464   CDI: 7   Court: 011 | 11/2/2017 |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 9/21/2017 |
| Case (Cause) Location | Civil Intake 1st Floor |
| Case (Cause) Status | Active - Civil |
| Case (Cause) Type | Motor Vehicle Accident |
| Next/Last Setting Date | N/A |
| Jury Fee Paid Date | 9/21/2017 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 011th |
| Address | 201 CAROLINE (Floor: 9)<br>HOUSTON, TX 77002<br>Phone:7133686020 |
| JudgeName | KRISTEN BRAUCHLE HAWKINS |
| Court Type | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| LARUE, RUDOLPH C | PLAINTIFF - CIVIL | | LARUE, DAVID JOHN |
| 11411 GREEN PLAZA DRIVE APT 3407, HOUSTON, TX 77038 | | | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | DEFENDANT - CIVIL | | HACHENBURG, BARBARA L. |
| 211 E 7TH STREET SUITE 620, AUSTIN, TX 78701 | | | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (AN INSURANCE | REGISTERED AGENT | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 10/30/2017 | ANSWER ORIGINAL PETITION | | | 0 | | HACHENBURG, BARBARA L. | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |
| 9/21/2017 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 9/21/2017 | ORIGINAL PETITION | | | 0 | | LARUE, DAVID JOHN | LARUE, RUDOLPH C |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (AN INSURANCE | 9/21/2017 | 9/25/2017 | 10/3/2017 | | | 73416917 | MAIL TO ATTORNEY |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Defendant's Original Answer | | 10/30/2017 | 3 |
| restricted | Certificate of Written Discovery | | 10/30/2017 | 2 |
| restricted | Citation | | 10/05/2017 | 3 |
| restricted | Plaintiffs Original Petition And Request For Disclosure | | 09/21/2017 | 5 |
| -> restricted | Civil Case Information Sheet | | 09/21/2017 | 1 |