IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUDOLPH LARUE | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-03343 |
| | § | JURY TRIAL DEMANDED |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE | § | |
| COMPANY | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF SETTLEMENT

The parties respectfully notify the Court that the parties have agreed to settle the above-captioned matter on August 22, 2018. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement. The parties intend to file the Notice of Dismissal as soon as practicable, but respectfully request that the parties are given 30 days to file the said Notice of Dismissal. Accordingly, Plaintiff respectfully requests that the Court vacate the hearing currently scheduled for September 5, 2018.

Respectfully Submitted,

BRONSTON LEGAL PC

*/s/ Kraig Rushing*
Kraig L. Rushing
State Bar No. 24071554
Federal I.D. No. 3004621
4615 Southwest Freeway, Suite 350
Houston, Texas 77027

Telephone: 713-723-3000
Telecopier: 713-664-7017
E-Mail: krushing@bronstonlegal.com

**ATTORNEY FOR PLAINTIFF**

**GERMER, PLLC**

*Greg Howard* (BH)
_____
**Barbara L. Hachenburg**
State Bar No. 08667070
Federal I.D. No. 20036
**Sarah C. Dionne**
State Bar No. 24072229
Federal I.D. No. 1477512
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: 713-650-1313
Telecopier: 713-739-7420
E-Mail: bhachenburg@germer.com
         sdionne@germer.com

**ATTORNEYS FOR DEFENDANT**