| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Rudolph LaRue,
   Plaintiff,

versus

State Farm Mutual Automobile Insurance Company,
   Defendant.

Civil Action: H-17-3343

## Notice of Dismissal

It appears upon the representation of the parties and from the record that a stipulation of dismissal was filed and signed by all parties.

Therefore, the case is dismissed, with prejudice, as authorized by Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: October 9, 2018

CLERK OF COURT

By: _____
Deputy Clerk